UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EILEEN BIENVENU | CIVIL ACTION |
| VERSUS | NO. 15-4380 |
| WAL-MART STORE INC. AND WALMART LOUISIANA, LLC. | SECTION "L" |

### ORDER

On September 11, 2015, counsel for plaintiff filed a complaint in the above-captioned matter but failed to pay the requisite filing fee at the time of the filing. On October 6, 2015, the Court ordered plaintiff's counsel to show cause on or before October 9, 2015, by written memorandum or motion, why claims and demands against the defendants should not be dismissed for plaintiff's failure to pay the initial civil action filing fee. (R. Doc. 4). As of today, counsel for plaintiff continues to disregard this Court's order to show cause by failing to file a written motion or memorandum as to why this case should not be dismissed. Accordingly, **IT IT ORDERED** that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 19th day of October, 2015.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE